Case 7:25-cv-07449-KMK    Document 58    Filed 05/21/26    Page 1 of 2

From:

Farva Scott, Attorney at Law
420 Columbus Avenue, Suite 112
Valhalla, New York 10595
Tel: (914) 417-9215
Email: farvastra@gmail.com

**VIA ECF**

To:

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

CC: Ariel Murchison USPS First Class Mail

**Re:** *Jafri LF LLC d/b/a Looking Glass Runners v. Murchison et al.*, No. 7:25-cv-07449-KMK

Your Honor,

Pursuant to Rule I.C of Your Honor's Individual Rules of Practice, Plaintiff Jafri LF LLC ("Plaintiff") respectfully submits this letter-motion to request a brief adjournment of today's deadline to file Plaintiff's Response to Defendant's Motion to Dismiss, currently set for May 21, 2026 pursuant to the Court's April 7, 2026 Order. See ECF No. 55.

Although Your Honor's Individual Rules ordinarily require that requests for adjournments be made at least five business days in advance of the scheduled deadline, this request is occasioned by an emergency. The undersigned lost electrical power at her residence more than twelve hours ago, and the utility company has been unable to provide any estimated time of restoration. As a result, the undersigned has been without reliable access to the electronic resources necessary to finalize and file Plaintiff's Response by today's deadline. The undersigned

contacted her paralegal today in order to ensure that this request would be brought to the Court's attention before the deadline expires.

In accordance with Rule I.C, Plaintiff respectfully states that the original date for Plaintiff's Response is May 21, 2026, as set by the Court's April 7, 2026 Order (ECF No. 55), and that there have been no previous requests for an adjournment or extension of this deadline. With respect to Defendant's position, given the emergency nature of this request, Plaintiff has been unable to obtain Defendant's position. Plaintiff does not have a telephone number for Defendant, who is proceeding pro se, and the power outage described above has further impaired the undersigned's ability to communicate.

Plaintiff thanks the Court for its consideration of this request.

Dated:05/21/2026.                                      /s/ Farva Scott

Granted.  The opposition papers are due 5/26/26.
No more extensions. The reply papers are moved
accordingly.

So Ordered.

5/21/26